**Order entered October 26, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00847-CV

**IN THE INTEREST OF N.K.R.M., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-20137**

**ORDER**

Before the Court is appellant's motion for extension of time to file his notice of appeal. We **GRANT** the motion and deem the notice of appeal filed September 18, 2020 timely for jurisdictional purposes.

We **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record no later than November 30, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/    ERIN A. NOWELL
        JUSTICE